1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                   WESTERN DIVISION - SPRING STREET

| | |
|---|---|
| 11  JAMES WANG, an individual, | CASE NO. CV 14-08883 BRO (PJWx) |
| 12          Plaintiff, | **JUDGMENT** |
| 13       v. | |
| 14  SONY PICTURES IMAGEWORKS, INC.. A California Corporation; SONY PICTURES DIGITAL PRODUCTIONS, INC., A Delaware Corporation; SONY PICTURES ENTERTAINMENT, INC., A Delaware Corporation;, | Location:  Courtroom 14<br>Judge:     The Hon. Beverly Reid O'Connell<br><br>Complaint Filed: November 17, 2014<br>Trial Date:      May 31, 2016 |
| 18          Defendants. | |

**JUDGMENT**

7554368.2

**JUDGMENT**

The Court, having granted the Motion for Summary Judgment of Defendants Sony Pictures Imageworks Inc., Sony Pictures Digital Productions Inc., and Sony Pictures Entertainment Inc., in its entirety, based on its determination that there is no genuine dispute as to any material fact and the Defendants are entitled to judgment as a matter of law on all claims asserted against them,

IT IS HEREBY ORDERED AND ADJUDGED, that judgment is entered in this action as follows:

1. Plaintiff James Wang shall recover nothing from Defendants Sony Pictures Imageworks Inc., Sony Pictures Digital Productions Inc. and Sony Pictures Entertainment Inc.;
2. Defendants Sony Pictures Imageworks Inc., Sony Pictures Digital Productions Inc. and Sony Pictures Entertainment Inc. shall have judgment entered in their favor;
3. This action shall be, and is hereby, dismissed on the merits; and
4. Defendants Sony Imageworks Inc., Sony Pictures Digital Productions Inc. and Sony Pictures Entertainment Inc. are entitled to recover their costs pursuant to Central District Local Rule 54-1.

**IT IS HEREBY ORDERED**

Dated: March 31, 2016   _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE